# EXHIBIT A

# TABLE OF CONTENTS

**Lean Cuisine® Products**

Lean Cuisine® *favorites* Alfredo Pasta with Chicken & Broccoli ........................................ 3
Lean Cuisine® *favorites* Four Cheese Cannelloni ..................................................... 4
Lean Cuisine® *favorites* Cheese Ravioli ................................................................. 5
Lean Cuisine® *favorites* Chicken Enchilada Suiza ...................................................... 6
Lean Cuisine® *favorites* Fettuccini Alfredo .............................................................. 7
Lean Cuisine® *favorites* Classic Five Cheese Lasagna ................................................. 8
Lean Cuisine® *favorites* Asian-Style Pot Stickers ...................................................... 9
Lean Cuisine® *favorites* Spaghetti with Meatballs..................................................... 10
Lean Cuisine® *favorites* Macaroni & Cheese............................................................ 11
Lean Cuisine® *favorites* Chicken Fettuccini ............................................................ 12
Lean Cuisine® *favorites* Five Cheese Rigatoni ......................................................... 13
Lean Cuisine® *favorites* Cheddar Potatoes with Broccoli............................................ 14
Lean Cuisine® *favorites* Lasagna with Meat Sauce .................................................... 15
Lean Cuisine® *MARKETPLACE* Roasted Chicken & Garden Vegetables .......................... 16
Lean Cuisine® *MARKETPLACE* Creamy Basil Chicken with Tortellini ............................ 17
Lean Cuisine® *MARKETPLACE* Chicken with Almonds................................................ 18
Lean Cuisine® *MARKETPLACE* Sesame Chicken ....................................................... 19
Lean Cuisine® *MARKETPLACE* Chicken Pecan ......................................................... 20
Lean Cuisine® *MARKETPLACE* Ginger Garlic Stir Fry with Chicken .............................. 21
Lean Cuisine® *MARKETPLACE* Tortilla Crusted Fish.................................................. 22
Lean Cuisine® *MARKETPLACE* Orange Chicken ....................................................... 23
Lean Cuisine® *MARKETPLACE* Apple Cranberry Chicken............................................ 24
Lean Cuisine® *MARKETPLACE* Chile Lime Chicken ................................................... 25
Lean Cuisine® *MARKETPLACE* Mushroom Mezzaluna Ravioli ..................................... 26
Lean Cuisine® *MARKETPLACE* Ranchero Braised Beef ............................................... 27
Lean Cuisine® *MARKETPLACE* Cheese and Bean Enchilada Verde.................................. 28
Lean Cuisine® *MARKETPLACE* Cheese Tortellini ...................................................... 29
Lean Cuisine® *MARKETPLACE* Ricotta Cheese & Spinach Ravioli ................................. 30
Lean Cuisine® *MARKETPLACE* Spicy Beef & Bean Enchilada....................................... 31
Lean Cuisine® *MARKETPLACE* Spicy Mexican Black Beans & Rice ............................... 32
Lean Cuisine® *Comfort* Chicken Parmesan .............................................................. 33
Lean Cuisine® *Comfort* Herb Roasted Chicken ......................................................... 34
Lean Cuisine® *Comfort* Meatloaf with Mashed Potatoes.............................................. 35
Lean Cuisine® *Comfort* Salisbury Steak with Macaroni & Cheese .................................. 36
Lean Cuisine® *Comfort* Shrimp Alfredo .................................................................. 37
Lean Cuisine® *Comfort* Grilled Chicken Caesar......................................................... 38

# (all webpages last accessed 09/14/2016)

# Lean Cuisine® *favorites* Alfredo Pasta with Chicken & Broccoli



## Ingredients

blanched rigatoni (water, semolina, wheat gluten), skim milk, broccoli, cooked chicken white meat (chicken white meat, water, seasoning (salt, maltodextrin, garlic, sugar, spices, dextrose, yeast extract, carrageenan, orange peel, onion, soybean oil, chicken fat, paprika, chicken broth, dehydrated celery, natural flavor), isolated soy protein, modified cornstarch, caramel color, maltodextrin, sodium phosphates, canola oil), water, cream, 2% or less of modified cornstarch, parmesan cheese paste (granular and parmesan cheese (pasteurized milk, cheese cultures, salt, enzymes), water, salt, lactic acid, citric acid), salt, rice starch, enzyme modified parmesan cheese paste (parmesan cheese (cultured part-skim milk, salt, enzymes), water, whey protein concentrate (from milk), reduced fat milk, milk protein concentrate, enzymes, nonfat milk, cultures), bleached wheat flour, butterfat, romano cheese product ((pasteurized cow's milk, cheese cultures, salt, enzymes), water, salt, lactic acid), mono-&diglycerides, spice, xanthan gum, dehydrated onions, lactic acid, calcium lactate

# Lean Cuisine® *favorites* Four Cheese Cannelloni



## Four Cheese Cannelloni

with ricotta, mozzarella,parmesan & romano cheese

★★★★½ (See all 58 reviews)

| CHEESE | ITALIAN | MEATLESS | NO PRESERVATIVES | PASTA |

### NUTRITION BASICS

| | |
|---|---|
| Calories | 230 |
| Fat | 6g |
| Fiber | 3g |
| Protein | 11g |
| Sodium | 690mg |
| Carbohydrates | 33g |

**SEE FULL NUTRITION INFO**

### Ingredients

cheese cannelloni (ricotta cheese (pasteurized whey, milk fat, milk), enriched durum wheat flour (durum wheat flour, niacin, ferrous sulfate, thiamine mononitrate, riboflavin, folic acid), fat free ricotta cheese (whey, skim milk, vinegar, xanthan gum, carrageenan), water, mozzarella cheese (pasteurized milk, cultures, salt, enzymes, nonfat milk), whole eggs, parmesan cheese (pasteurized part-skim milk, cheese cultures, salt, enzymes), modified corn starch, salt, romano cheese (pasteurized cow's milk, cheese cultures, salt, enzymes), black pepper, parsley, beta carotene), tomato puree (water, tomato paste), water, tomatoes (diced tomatoes, tomato juice, citric acid, calcium chloride), onions, 2% or less of modified cornstarch, sugar, garlic puree, soybean oil, basil, salt, spices, potassium chloride, xanthan gum, yeast extract, cultured whey.

# Lean Cuisine® *favorites* Cheese Ravioli



## Cheese Ravioli

with chunky tomato sauce

★★★★⯪ (See all 94 reviews)

| CHEESE | ITALIAN | MEATLESS | NO PRESERVATIVES | PASTA |

### NUTRITION BASICS

| | |
|---|---|
| Calories | 250 |
| Fat | 6g |
| Fiber | 3g |
| Protein | 10g |
| Sodium | 620mg |
| Carbohydrates | 40g |

SEE FULL NUTRITION INFO

## Ingredients

blanched reduced fat cheese ravioli (enriched durum flour&semolina (durum wheat flour, semolina, niacin, iron, thiamin mononitrate, riboflavin, folic acid), ricotta cheese (whey, milk, cream, vinegar), water, fat free ricotta cheese (whey, skim milk, vinegar, xanthan gum, vitamin a palmitate), eggs, romano cheese made from sheep's milk (cultured sheep's milk, salt, enzymes), modified food starch, salt, spices, parsley), tomato puree (water, tomato paste), water, tomatoes (diced tomatoes, tomato juice, citric acid, calcium chloride), onions, 2% or less of modified cornstarch, sugar, basil, salt, dehydrated garlic, spices, xanthan gum, potassium chloride, yeast extract, cultured whey.

# Lean Cuisine® *favorites* Chicken Enchilada Suiza

## Chicken Enchilada Suiza

Chicken Enchilada Suiza with a sour cream sauce and mexican-style rice.

★★★★ (See all 179 reviews)

| CHEESE | CHICKEN | MEXICAN | NO PRESERVATIVES |

### NUTRITION BASICS

| | |
|---|---|
| Calories | 280 |
| Fat | 4g |
| Fiber | 3g |
| Protein | 10g |
| Sodium | 520mg |
| Carbohydrates | 51g |

### Ingredients

blanched enriched long grain parboiled rice (water, rice, iron, niacin, thiamin mononitrate, folic acid), chicken enchilada (corn tortilla (corn masa {corn flour, cellulose gum, mono- and diglycerides, trace of lime}, water), cooked chicken meat (chicken, carrageenan), tomatoes (tomatoes, tomato juice, salt, calcium chloride, citric acid), onions, water, green chiles (green chiles, citric acid, salt, calcium chloride), modified cornstarch, garlic powder, jalapeno peppers (jalapeno peppers, water, salt, acetic acid, calcium chloride), paprika, spices, salt, cilantro), water, skim milk, onions, corn, red peppers, 2% or less of buttermilk powder, green chiles and citric acid, cheddar cheese (milk, cheese culture, salt, enzymes, annatto), apple cider vinegar, dehydrated sour cream (sour cream (cultured cream, nonfat milk)), modified cornstarch, garlic puree, bleached wheat flour, cilantro, salt, spices, jalapeno puree (jalapeno peppers, salt, acetic acid and calcium chloride), sugar, soybean oil, yeast extract, chicken fat, lime juice concentrate, seasoning (corn maltodextrin, medium chain triglycerides, modified corn starch, natural flavors), seasoning (wheat starch, extracts of annatto and turmeric color, natural flavor), dehydrated onions.

**Lean Cuisine® *favorites* Fettuccini Alfredo**

# Fettuccini Alfredo

tender pasta with a creamy cheese sauce

★★★★↰  (See all 64 reviews)

| CHEESE | ITALIAN | MEATLESS | NO PRESERVATIVES | PASTA |

## NUTRITION BASICS

| | |
|---|---|
| Calories | 260 |
| Fat | 5g |
| Fiber | 2g |
| Protein | 9g |
| Sodium | 570mg |
| Carbohydrates | 45g |

## Ingredients

blanched fettuccini (water, semolina, wheat gluten), skim milk, water, 2% or less of cream, soybean oil, romano cheese ((made from cow's milk), cultured milk, enzymes, salt), parmesan cheese (cultured milk, salt, enzymes), parmesan cheese paste (granular and parmesan cheese (pasteurized milk, cheese cultures, salt, enzymes), water, salt, lactic acid, citric acid), modified cornstarch, salt, bleached wheat flour, rice starch, asiago cheese (cultured milk, salt, enzymes) yeast extract, butterfat, spices, enzyme modified parmesan cheese (cultured milk, water, salt, enzymes), enzyme modified cheese (cultured milk, water, salt, enzymes), potassium chloride, whey protein concentrate, xanthan gum, whey, seasoning (wheat starch, extracts of annatto and tumeric color, natural flavor

**Lean Cuisine® *favorites* Classic Five Cheese Lasagna**

## Classic Five Cheese Lasagna

with low fat ricotta, reduced fat mozzarella, provolone, romano & parmesan cheeses

★★★★★ (See all 41 reviews)

| CHEESE | ITALIAN | MEATLESS | NO PRESERVATIVES | PASTA |

NUTRITION BASICS

| Calories | 350 |
| --- | --- |
| Fat | 7g |
| Fiber | 4g |
| Protein | 20g |
| Sodium | 620mg |
| Carbohydrates | 51g |

## Ingredients

blanched macaroni product (water, semolina), tomato puree (water, tomato paste), water, low fat ricotta cheese (pasteurized whey, pasteurized milk, pasteurized cream, vinegar, carrageenan, xanthan gum), reduced fat mozzarella cheese and modified cornstarch (reduced fat mozzarella cheese (pasteurized milk, nonfat milk, cheese cultures), modified cornstarch, salt, sodium citrate, flavors, vitamin a palmitate, enzymes), tomatoes (diced tomatoes, tomato juice, citric acid, calcium chloride), onions, 2% or less of modified cornstarch, provolone cheese (cultured milk, salt, enzymes, natural smoke flavor), bread crumbs (bleached wheat flour contains 2% or less of: sugar, yeast, salt), sugar, soybean oil, romano cheese (cultured cow's milk, salt, enzymes), dehydrated garlic, parmesan cheese (cultured milk, salt, enzymes), salt, cheese flavor (cheddar cheese (cultured milk, salt, enzymes), water, salt, enzymes, cultures, phosphoric acid, xanthan gum), spices, yeast extract, extra virgin olive oil, asiago cheese (cultured milk, salt, enzymes), enzyme modified parmesan cheese (cultured milk, water, salt, enzymes), xanthan gum, enzyme modified romano cheese (cultured cow's milk, water, salt, enzymes), potassium chloride, whey.

**Lean Cuisine® *favorites* Asian-Style Pot Stickers**

# Asian-Style Pot Stickers

chicken & vegetable dumplings with rice in an asian-style dipping sauce

★★★★ (See all 65 reviews)

| ASIAN | CHICKEN | NO PRESERVATIVES |

## NUTRITION BASICS

| | |
|---|---|
| Calories | 280 |
| Fat | 4g |
| Fiber | 3g |
| Protein | 9g |
| Sodium | 530mg |
| Carbohydrates | 52g |

## Ingredients

cooked chicken and vegetable pot stickers (filling: chicken, cabbage, onion, soybean oil, sesame oil, salt, spices, sugar, garlic. wrapper: bleached enriched flour (wheat flour, niacin, reduced iron, thiamin mononitrate, riboflavin, folic acid), water, food starch, salt), blanched enriched long grain parboiled rice (water, rice, iron, niacin, thiamin mononitrate, folic acid), water, peas, carrots, red peppers, 2% or less of sugar, brown sugar, modified cornstarch, soy sauce (water, wheat, soybeans, salt), dehydrated soy sauce (soybeans, salt, wheat), apple cider vinegar, ginger puree (ginger, water, citric acid), xanthan gum, caramel color, citric acid, spice.

**Lean Cuisine® *favorites* Spaghetti with Meatballs**

# Spaghetti with Meatballs

in a hearty tomato sauce

★★★★☞ (See all 46 reviews)

| BEEF | CHEESE | HIGH PROTEIN | ITALIAN | NO PRESERVATIVES |

| PASTA |

## NUTRITION BASICS

| | |
|---|---|
| Calories | 270 |
| Fat | 5g |
| Fiber | 4g |
| Protein | 15g |
| Sodium | 600mg |
| Carbohydrates | 41g |

# Ingredients

blanched spaghetti (water, semolina), tomato puree (water, tomato paste), water, beef and pork, tomatoes, 2% or less of modified cornstarch, onions, rolled oats, soy protein concentrate (with caramel color), bleached wheat flour, sugar, soybean oil, dehydrated onions, salt, basil, beef flavor (salt, seasoning (including hydrolyzed beef protein), tapioca dextrin, modified cornstarch, palm oil, corn maltodextrin, citric acid, arabic gum), beef, spices, cheese flavor (cheddar cheese (cultured milk, salt, enzymes), water, salt, enzymes, cultures, phosphoric acid, xanthan gum), dehydrated soy sauce (soybeans, salt, wheat), beef flavor (maltodextrin, salt, beef extract, rendered beef fat, sesame oil), egg whites, dehydrated garlic, natural flavors, cultured whey, yeast extract, beef stock, caramel color, potassium chloride.

**Lean Cuisine® *favorites* Macaroni & Cheese**

# Macaroni & Cheese

Tender macaroni in a creamy cheddar cheese sauce

★★★⯪ (See all 68 reviews)

| AMERICAN | CHEESE | HIGH PROTEIN | MEATLESS |

| NO PRESERVATIVES | PASTA |

## NUTRITION BASICS

| Calories | 300 |
|---|---|
| Fat | 6g |
| Fiber | 2g |
| Protein | 13g |
| Sodium | 560mg |
| Carbohydrates | 48g |

## Ingredients

blanched macaroni (water, semolina, wheat gluten), skim milk, water, cheddar club cheese (cheddar cheese (cultured milk, salt, enzymes), water, salt, annatto color), 2% or less of cheese flavor (cheddar, granular, semisoft and blue cheese (cultured milk, salt, enzymes), water, sodium phosphate, whey, vinegar, salt, citric acid), modified cornstarch, cheddar cheese (cultured milk, salt, enzymes), rice starch, bleached wheat flour, salt, potassium chloride, cheese flavor (cheddar cheese (cultured milk, salt, enzymes), water, salt, enzymes, cultures, phosphoric acid, xanthan gum), cheese flavor (cheddar cheese (cultured milk, salt, enzymes), water, salt, disodium phosphate, natural flavors), spices, cultured whey, carrageenan, yeast extract, annatto color, natural flavor

**Lean Cuisine®** *favorites* **Chicken Fettuccini**

## Chicken Fettuccini

Chicken tenderloins, broccoli and fettucini in a creamy alfredo sauce.

★★★★⯪  (See all 31 reviews)

| CHEESE | | CHICKEN | | HIGH PROTEIN | | ITALIAN | | NO PRESERVATIVES |
| PASTA |

### NUTRITION BASICS

| | |
|---|---|
| Calories | 280 |
| Fat | 5g |
| Fiber | 3g |
| Protein | 16g |
| Sodium | 600mg |
| Carbohydrates | 43g |

### Ingredients

blanched fettuccini (water, semolina, wheat gluten), skim milk, cooked chicken tenderloin (chicken tenderloins, water, seasoning (modified corn starch, sugar, potassium chloride, yeast extract, dextrose, spice, onion powder, garlic powder, paprika), soybean oil, isolated soy protein, salt, sodium phosphates), broccoli, water, 2% or less of cream, modified cornstarch, salt, enzyme modified parmesan cheese paste (parmesan cheese (cultured part-skim milk, salt, enzymes), water, whey protein concentrate (from milk), reduced fat milk, milk protein concentrate, enzymes, nonfat milk, cultures), parmesan cheese paste (granular and parmesan cheese (pasteurized milk, cheese cultures, salt, enzymes), water, salt, lactic acid, citric acid), soybean oil, bleached wheat flour, romano cheese product ((pasteurized cow's milk, cheese cultures, salt, enzymes), water, salt, lactic acid), butterfat, whey protein concentrate, cheese flavor (cheddar cheese (cultured milk, salt, enzymes), water, salt, enzymes, cultures, phosphoric acid, xanthan gum), spices, mono-&diglycerides, xanthan gum, flavor (maltodextrin, flavoring and modified food starch), yeast extract, seasoning (wheat starch, extracts of annatto and turmeric color, natural flavor).

**Lean Cuisine®** *favorites* **Five Cheese Rigatoni**

# Five Cheese Rigatoni

rigatoni pasta in a sweet tomato sauce topped with a five cheese blend

★★★★★ (See all 40 reviews)

| CHEESE | ITALIAN | MEATLESS | NO PRESERVATIVES | PASTA |

## NUTRITION BASICS

| | |
|---|---|
| Calories | 360 |
| Fat | 8g |
| Fiber | 4g |
| Protein | 15g |
| Sodium | 560mg |
| Carbohydrates | 56g |

# Ingredients

enriched macaroni (semolina, niacin, ferrous sulfate, thiamin mononitrate, riboflavin, folic acid), water, tomato puree (water, tomato paste), tomatoes, part-skim mozzarella cheese ((pasteurized milk, cultures, salt, enzymes), modified food starch* (*ingredient not in regular mozzarella cheese)), onions, 2% or less of monterey jack cheese (cultured milk, salt, enzymes), parmesan cheese (cultured milk, salt, enzymes), soybean oil, parmesan cheese paste (granular and parmesan cheese (pasteurized milk, cheese cultures, salt, enzymes), water, salt, lactic acid, citric acid), sugar, romano cheese ((made from cow's milk), cultured milk, enzymes, salt), basil, modified cornstarch, garlic puree, cultured whey, asiago cheese (cultured milk, salt, enzymes), salt, brown sugar syrup, extra virgin olive oil, enzyme modified parmesan cheese (cultured milk, water, salt, enzymes), spices, enzyme modified cheese (cultured milk, water, salt, enzymes), whey protein concentrate, xanthan gum, whey

**Lean Cuisine®** *favorites* **Cheddar Potatoes with Broccoli**

# Cheddar Potatoes with Broccoli

potatoes with broccoli and cheddar cheese sauce

★★★★☆ (See all 22 reviews)

| AMERICAN | CHEESE | MEATLESS | NO PRESERVATIVES |

## NUTRITION BASICS

| | |
|---|---|
| Calories | 220 |
| Fat | 3g |
| Fiber | 4g |
| Protein | 9g |
| Sodium | 670mg |
| Carbohydrates | 38g |

## Ingredients

roasted potatoes, broccoli, skim milk, water, 2% or less of sharp cheddar cheese product ((pasteurized milk, cheese cultures, salt, enzymes), water, salt, lactic acid, citric acid, natural flavor), cheddar club cheese (cheddar cheese (cultured milk, salt, enzymes), water, salt, annatto color), cheese flavor (cheddar, granular, semisoft and blue cheese (cultured milk, salt, enzymes), water, sodium phosphate, whey, vinegar, salt, citric acid), modified cornstarch, bleached wheat flour, salt, potassium chloride, xanthan gum, yeast extract, seasoning (wheat starch, extracts of annatto and turmeric color, natural flavor), annatto color, spices

**Lean Cuisine® *favorites* Lasagna with Meat Sauce**

# Lasagna with Meat Sauce

Layered pasta with seasoned meat, tomato & reduced fat mozzarella cheese

★★★★☆  (See all 104 reviews)

| BEEF | CHEESE | HIGH PROTEIN | ITALIAN | NO PRESERVATIVES |

| PASTA |

## NUTRITION BASICS

| Calories | 320 |
| --- | --- |
| Fat | 8g |
| Fiber | 4g |
| Protein | 18g |
| Sodium | 650mg |
| Carbohydrates | 45g |

## Ingredients

tomatoes, blanched macaroni product (water, semolina), tomato puree (water, tomato paste), part skim mozzarella cheese (cultured milk, salt, enzymes), dry curd cottage cheese (cultured skim milk, enzymes), pork, water, beef, onions, 2% or less of garlic puree, sugar, modified cornstarch, soy protein concentrate (with caramel color), basil, salt, seasoning (soy sauce, (water, soybean, wheat, salt), autolyzed yeast extract, dextrose, soybean oil), modified food starch, spices, potassium chloride, skim milk, flavors, dehydrated garlic, xanthan gum, dehydrated onions, natural flavor

# Lean Cuisine® *MARKETPLACE* Roasted Chicken & Garden Vegetables

## Roasted Chicken and Garden Vegetables

Chicken tenderloins with broccoli, carrots and vermicelli in a spicy fire-roasted tomato sauce.

★★★★  (See all 80 reviews)

| 1 CUP VEGETABLES | | AMERICAN | | CHICKEN | | HIGH PROTEIN | | ITALIAN |

| NO PRESERVATIVES | | PASTA |

### NUTRITION BASICS

| | |
|---|---|
| Calories | 220 |
| Fat | 4g |
| Fiber | 5g |
| Protein | 16g |
| Sodium | 620mg |
| Carbohydrates | 31g |

## Ingredients

ingredients: blanched vermicelli (water, semolina, wheat gluten), tomatoes (diced tomatoes, tomato juice, citric acid, calcium chloride), cooked chicken tenderloin (chicken tenderloins, water, seasoning [modified corn starch, sugar, potassium chloride, yeast extract, dextrose, spice, onion powder, garlic powder, paprika], soybean oil, isolated soy protein, salt, sodium phosphates), tomato puree (water, tomato paste), broccoli, fire roasted tomatoes (tomatoes, tomato juice, salt, citric acid, calcium chloride), carrots, yellow carrots, 2% or less of onions, water, soybean oil, sugar, modified cornstarch, garlic puree, basil, salt, potassium chloride, autolyzed yeast extract (yeast extract, salt), spices, cultured whey, xanthan gum.

**Lean Cuisine® *MARKETPLACE* Creamy Basil Chicken with Tortellini**



## Creamy Basil Chicken with Tortellini

grilled white meat chicken over cheese tortellini with italian green beans, red bell peppers & yellow carrots

★★★★  (See all 54 reviews)

| CHEESE | CHICKEN | HIGH PROTEIN | ITALIAN | NO PRESERVATIVES |

| PASTA | PROTEIN |

**NUTRITION BASICS**

| | |
|---|---|
| Calories | 230 |
| Fat | 5g |
| Fiber | 2g |
| Protein | 19g |
| Sodium | 490mg |
| Carbohydrates | 28g |

## Ingredients

skim milk, low fat asiago cheese tortellini (enriched extra fancy durum flour and semolina [durum wheat flour, semolina, niacin, iron {ferrous sulfate}, thiamin mononitrate, riboflavin, folic acid], water, fat free ricotta cheese [pasteurized whey, pasteurized skim milk, vinegar, xanthan gum, vitamin a palmitate], whole eggs, asiago cheese [pasteurized milk, cheese cultures, salt, enzymes], bread crumbs [wheat flour], skim milk with vitamin a added, parmesan cheese [pasteurized part skim milk, cheese cultures, salt, enzymes], romano cheese made from cow's milk [pasteurized milk, cheese cultures, salt, enzymes], cooked onions, low moisture part skim mozzarella cheese [pasteurized milk, cheese cultures, salt, enzymes], butter [cream, salt], brown sugar [sugar, cane syrups], white distilled vinegar [white distilled vinegar, water], roasted garlic, cooked garlic, spices, salt, modified cornstarch, beta carotene), cooked white meat chicken (white meat chicken, water, modified tapioca starch, chicken flavor [dried chicken broth, chicken powder, natural flavor], carrageenan, whey protein concentrate, soybean oil, corn syrup solids, sodium phosphate, salt), italian green beans, water, yellow carrots, red peppers, 2% or less of cream, modified cornstarch, parmesan cheese paste (granular and parmesan cheese [pasteurized milk, cheese cultures, salt, enzymes], water, salt, lactic acid, citric acid), basil, garlic puree, potato starch, sea salt, butter (cream, salt), dried cream extract, yeast extract, potassium chloride, spice, xanthan gum, lactic acid, calcium lactate, seasoning (wheat starch, extracts of annatto and turmeric color, natural flavor).

**Lean Cuisine® *MARKETPLACE* Chicken with Almonds**

# Chicken with Almonds

Chicken tenderloins with rice,vegetables and almonds.

★★★★☆  (See all 50 reviews)

| AMERICAN | CHICKEN | HIGH PROTEIN | NO PRESERVATIVES |

## NUTRITION BASICS

| | |
|---|---|
| Calories | 290 |
| Fat | 5g |
| Fiber | 4g |
| Protein | 16g |
| Sodium | 490mg |
| Carbohydrates | 44g |

## Ingredients

blanched enriched long grain parboiled rice (water, rice, iron, niacin, thiamin mononitrate, folic acid), cooked chicken tenderloin (chicken tenderloins, water, seasoning (modified corn starch, sugar, potassium chloride, yeast extract, dextrose, spice, onion powder, garlic powder, paprika), isolated soy protein, salt, sodium phosphates), water, green beans, broccoli, brown sugar, yellow carrots, almonds, 2% or less of soy sauce (water, wheat, soybeans, salt), modified cornstarch, sugar, dehydrated soy sauce (soybeans, salt, wheat), ginger puree (ginger, water, citric acid), soybean oil, brown sugar syrup, apple cider vinegar, caramel color, citric acid

# Lean Cuisine® *MARKETPLACE* Sesame Chicken

## Sesame Chicken

Sesame breaded chicken tenderloins with pasta, green beans and red peppers.

★★★★ (See all 166 reviews)

| ASIAN | CHICKEN | HIGH PROTEIN | NO PRESERVATIVES | PASTA |

### NUTRITION BASICS

| Calories | 330 |
|---|---|
| Fat | 9g |
| Fiber | 3g |
| Protein | 14g |
| Sodium | 650mg |
| Carbohydrates | 48g |

### Ingredients

blanched spaghetti (water, semolina), sesame breaded chicken tenderloins (cooked chicken tenderloins, water, seasoning (dried soy sauce {soybeans, wheat, salt}, maltodextrin, fructose, salt, autolyzed yeast extract, flavor, modified corn starch, mixed triglycerides, chicken broth powder, wheat dextrin, contains less than 2% butter {cream, salt}, carrots, chicken fat, citric acid, cornstarch, sesame oil, sugar, tapioca dextrin), isolated soy protein, modified rice starch, roasted sesame oil, sodium phosphates, salt. battered and breaded with: water, bleached wheat flour, yellow corn flour, bleached enriched wheat flour (niacin, reduced iron, thiamine mononitrate, riboflavin, folic acid), sesame seeds, modified corn starch, salt, leavening (sodium bicarbonate, sodium aluminum phosphate, monocalcium phosphate), nonfat dry milk, dextrose, soybean oil, partially hydrogenated soybean and/or cottonseed oil, yeast, dried onion powder, dried garlic powder, dried whole eggs, extractives of paprika, oleoresin paprika and annatto. breading set in soybean oil.), water, green beans, plum sauce (sugar, salted plums, water, rice vinegar, modified cornstarch, ginger, citric acid, sodium citrate, chili peppers, xanthan gum, contains wheat, soybeans), red peppers, 2% or less of sugar, sesame oil, soy sauce (water, wheat, soybeans, salt), modified cornstarch, garlic puree, sesame seeds, dehydrated soy sauce (soybeans, salt, wheat), vinegar concentrate (rice vinegar, corn syrup, natural flavor), spice.

## Lean Cuisine® *MARKETPLACE* Chicken Pecan

# Chicken Pecan

roasted chicken tenderloins in a maple-bourbon sauce with pecans,currants,veggies & whole wheat orzo

★★★★☆ (See all 95 reviews)

| AMERICAN | CHICKEN | HIGH PROTEIN | NO PRESERVATIVES |
| PROTEIN |

## NUTRITION BASICS

| Calories | 320 |
| --- | --- |
| Fat | 7g |
| Fiber | 3g |
| Protein | 15g |
| Sodium | 560mg |
| Carbohydrates | 49g |

## Ingredients

blanched enriched long grain parboiled rice (water, rice, iron, niacin, thiamin mononitrate, folic acid), cooked chicken tenderloin (chicken tenderloins, water, seasoning [modified corn starch, sugar, potassium chloride, yeast extract, dextrose, spice, onion powder, garlic powder, paprika], soybean oil, isolated soy protein, salt, sodium phosphates), water, sweet potatoes, barley, apples (apples, citric acid, salt, water), blanched wild rice, dried cranberries (cranberries, sugar, sunflower oil), 2% or less of orange juice concentrate, pecans, chicken broth, soybean oil, brown sugar, modified cornstarch, parsley, salted bourbon (bourbon, salt), butter (cream, salt), dark balsamic vinegar, sugar, sea salt, chicken flavor (salt, yeast extract, maltodextrin, chicken powder, flavor, soy sauce [soybean, wheat, salt]), garlic puree, spices, potassium chloride, dehydrated onions, maple flavor (corn syrup, water, propylene glycol, caramel color, natural flavors, ethyl alcohol, glycerin), caramel color..

# Lean Cuisine® *MARKETPLACE* Ginger Garlic Stir Fry with Chicken

## Ginger Garlic Stir Fry with Chicken

White meat chicken with snap peas, water chestnuts, red peppers, broccoli, whole grain rice & ginger garlic carrot sauce

★★★★★ (See all 15 reviews)

| ASIAN | CHICKEN | HIGH PROTEIN | NO PRESERVATIVES | PROTEIN |

| WHOLE GRAINS |

## NUTRITION BASICS

| | |
|---|---|
| Calories | 290 |
| Fat | 3g |
| Fiber | 5g |
| Protein | 17g |
| Sodium | 630mg |
| Carbohydrates | 48g |

## Ingredients

blanched whole wheat spaghetti (water, whole durum wheat flour), cooked white meat chicken (white meat chicken, water, modified tapioca starch, chicken flavor (dried chicken broth, chicken powder, natural flavor), carrageenan, whey protein concentrate, soybean oil, corn syrup solids, sodium phosphate, salt), water, snap peas, broccoli, carrots, red peppers, sugar, 2% or less of sea salt, soy sauce (water, wheat, soybeans, salt), chicken broth, ginger puree (ginger, water, citric acid), chili garlic sauce (salted chili peppers (chili peppers, salt), garlic, sugar, rice vinegar, water, modified cornstarch, acetic acid), modified cornstarch, soybean oil, white vinegar, dehydrated soy sauce (soybeans, salt, wheat), sesame oil, potassium chloride, lactic acid, caramel color, calcium lactate.

**Lean Cuisine® *MARKETPLACE* Tortilla Crusted Fish**

# Tortilla Crusted Fish

tortilla crusted fish with rice,poblano peppers and corn in a sour cream sauce.

★★★★★ (See all 122 reviews)

| CHEESE | MEXICAN | NO PRESERVATIVES | SEAFOOD |

## NUTRITION BASICS

| | |
|---|---|
| Calories | 300 |
| Fat | 9g |
| Fiber | 2g |
| Protein | 14g |
| Sodium | 490mg |
| Carbohydrates | 41g |

## Ingredients

tortilla crusted alaska pollock (alaska pollock, enriched bleached flour (wheat flour, niacin, reduced iron, thiamin mononitrate, riboflavin, folic acid), water, modified cornstarch, tortilla chips (yellow whole corn, vegetable oil {corn, soybean, and/or sunflower oil}), sugar, yellow corn flour, potassium chloride, white corn flour, salt, spices, dextrose, egg white, tomato powder, natural flavor, whey, maltodextrin, yeast, onion powder, leavening (sodium aluminum phosphate, sodium bicarbonate), soy flour, garlic powder, torula yeast, citric acid, corn oil. prefried in cottonseed and/or canola oil), blanched enriched long grain parboiled rice (water, rice, iron, niacin, thiamin mononitrate, folic acid), skim milk, corn, tomatillos, red peppers, water, chile peppers, onions, 2% or less of reduced fat cheddar cheese (cultured part-skim milk, salt, enzymes, annatto color), buttermilk powder, dehydrated sour cream (sour cream (cultured cream, nonfat milk)), modified cornstarch, salt, soybean oil, garlic puree, cultured whey, cilantro, jalapeno puree (jalapeno peppers, salt, acetic acid and calcium chloride), bleached wheat flour, sugar, potassium chloride, lactic acid, spices, calcium lactate.

# Lean Cuisine® *MARKETPLACE* Orange Chicken

## Orange Chicken

Orange chicken in a sweet & spicy asian-style sauce with rice, roasted almonds & edamame

★★★★  (See all 54 reviews)

| ASIAN | CHICKEN | HIGH PROTEIN | NO PRESERVATIVES |

### NUTRITION BASICS

| | |
|---|---|
| Calories | 310 |
| Fat | 8g |
| Fiber | 2g |
| Protein | 14g |
| Sodium | 690mg |
| Carbohydrates | 46g |

### Ingredients

blanched enriched long grain parboiled rice (water, rice, iron, niacin, thiamin mononitrate, folic acid), water, sesame breaded chicken tenderloins (cooked chicken tenderloins, water, seasoning [dried soy sauce {soybeans, wheat, salt}, maltodextrin, fructose, salt, autolyzed yeast extract, flavor, modified corn starch, mixed triglycerides, chicken broth powder, wheat dextrin, contains less than 2% butter {cream, salt}, carrots, chicken fat, citric acid, cornstarch, sesame oil, sugar, tapioca dextrin], isolated soy protein, modified rice starch, roasted sesame oil, sodium phosphates, salt. battered and breaded with: water, bleached wheat flour, yellow corn flour, bleached enriched wheat flour [niacin, reduced iron, thiamine mononitrate, riboflavin, folic acid], sesame seeds, modified corn starch, salt, leavening [sodium bicarbonate, sodium aluminum phosphate, monocalcium phosphate], nonfat dry milk, dextrose, soybean oil, partially hydrogenated soybean and/or cottonseed oil, yeast, dried onion powder, dried garlic powder, dried whole eggs, extractives of paprika, oleoresin paprika and annatto. breading set in soybean oil), orange juice concentrate, red peppers, yellow carrots, edamame soybeans, sugar, 2% or less of soy sauce (water, wheat, soybeans, salt), modified cornstarch, chili garlic sauce (salted chili peppers [chili peppers, salt], garlic, sugar, rice vinegar, water, modified cornstarch, acetic acid), almonds, white vinegar, honey, brown sugar syrup, dehydrated soy sauce (soybeans, salt, wheat), sesame oil, garlic puree, ginger puree (ginger, water, citric acid), orange blend (orange peel, sugar, orange oil), potassium chloride, dehydrated red peppers, spices, caramel color

23

# Lean Cuisine® *MARKETPLACE* Apple Cranberry Chicken

## Apple Cranberry Chicken

Grilled white meat chicken in an apple reduction with cranberries, french cut green beans & carrots and whole wheat orzo pasta.

★★★★☆  (See all 83 reviews)

| AMERICAN | CHICKEN | HIGH PROTEIN | NO PRESERVATIVES | PASTA |

| WHOLE GRAINS |

### NUTRITION BASICS

| | |
|---|---|
| Calories | 280 |
| Fat | 4g |
| Fiber | 5g |
| Protein | 14g |
| Sodium | 470mg |
| Carbohydrates | 48g |

## Ingredients

blanched whole wheat orzo pasta (water, whole durum wheat flour), cooked white meat chicken (white meat chicken, water, modified tapioca starch, chicken flavor (dried chicken broth, chicken powder, natural flavor), carrageenan, whey protein concentrate, soybean oil, corn syrup solids, sodium phosphate, salt), water, carrots, green beans, wheat berries, apple juice concentrate, dried cranberries (cranberries, sugar, sunflower oil), apples (apples, citric acid, salt, water), 2% or less of butter (cream, salt), modified cornstarch, chicken broth, orange juice concentrate, apple cider vinegar, sugar, soybean oil, sea salt, ginger puree (ginger, water, citric acid), yeast extract, spices, lemon juice concentrate, citric acid.

**Lean Cuisine® *MARKETPLACE* Chile Lime Chicken**

# Chile Lime Chicken

tender white meat chicken in a red chile lime sauce with a medley of roasted corn, peppers & rice

★★★★☆   (See all 22 reviews)

| CHICKEN | GLUTEN FREE | HIGH PROTEIN | MEXICAN | NEW RECIPE |

| NO PRESERVATIVES |

## NUTRITION BASICS

| | |
|---|---|
| Calories | 250 |
| Fat | 2g |
| Fiber | 2g |
| Protein | 17g |
| Sodium | 570mg |
| Carbohydrates | 41g |

## Ingredients

sauce and cooked chicken: white meat chicken, water, tomatoes, red pepper puree, tomato paste, onions, sugar, modified food starch, cilantro, soybean oil, spices, garlic, sea salt, dried onions, lime juice concentrate, jalapeno pepper puree, salt, isolated soy protein, seasoning (dried chicken broth, chicken powder, natural flavor), maltodextrin, sodium phosphate, potassium chloride, vinegar, xanthan gum, citric acid. rice and vegetables: cooked enriched long grain rice (water, rice, iron, niacin, thiamin mononitrate, folic acid), corn, red peppers, roasted poblano chiles, water, cilantro, lime juice concentrate, sugar, sea salt, potassium chloride, spices.

# Lean Cuisine® *MARKETPLACE* Mushroom Mezzaluna Ravioli

## Mushroom Mezzaluna Ravioli

ravioli filled with portobello & button mushrooms, romano & ricotta cheeses in a creamy marsala wine sauce with spinach & red peppers

★★★★½  (See all 117 reviews)

| CHEESE | HIGH PROTEIN | ITALIAN | NO PRESERVATIVES |

### NUTRITION BASICS

| | |
|---|---|
| Calories | 290 |
| Fat | 9g |
| Fiber | 3g |
| Protein | 13g |
| Sodium | 680mg |
| Carbohydrates | 40g |

## Ingredients

blanched portobello mushroom ravioli (water, enriched extra fancy durum flour and semolina [durum wheat flour, semolina, niacin, iron (ferrous sulfate), thiamin mononitrate, riboflavin, folic acid], fat free ricotta cheese [pasteurized whey, pasteurized skim milk, vinegar, xanthan gum, vitamin a palmitate], skim milk with vitamin a added, white mushrooms, bread crumbs [bleached wheat flour, yeast, sugar, salt], portobello mushrooms, swiss cheese [pasteurized milk, cheese cultures, salt, enzymes], whole eggs, onions, parmesan cheese [pasteurized part skim milk, cheese cultures, salt, enzymes], romano cheese made from cow's milk [pasteurized milk, cheese cultures, salt, enzymes], wine [wine,salt], food starch-modified, portobello mushroom powder, garlic, salt, soybean oil, porcini powder, sugar, spices, parsley], skim milk, red peppers, spinach, water, parmesan and asiago cheese blend with flavor (parmesan cheese [cultured milk, salt, enzymes], asiago cheese [cultured milk, salt, enzymes], enzyme modified parmesan cheese [cultured milk, water, salt, enzymes], whey, salt), 2% or less of soybean oil, modified cornstarch, marsala wine, mushroom base (sauteed mushrooms, sugar, salt, canola oil, maltodextrin, onion powder, 2% or less of potato starch, hydrolyzed wheat gluten, mushroom juice concentrate, caramel color, natural flavors, garlic juice concentrate, onion juice concentrate, soybean oil, xanthan gum), mushroom flavor (maltodextrin, modified cornstarch, flavoring, mushrooms, safflower oil, potato maltodextrin, ascorbic acid, caramel color, citric acid, glucose), butter (cream, salt), sea salt, garlic puree, chicken broth, yeast extract, dehydrated onions, potassium chloride, caramel color, natural flavors, seasoning (maltodextrin, flavor, enzyme modified butterfat), spices, lactic acid, calcium lactate.

## Lean Cuisine® *MARKETPLACE* Ranchero Braised Beef

# Ranchero Braised Beef

braised beef in a spicy red chile sauce served with a side of chipotle mashed sweet potatoes

★★★★★ (See all 128 reviews)

| BEEF | GLUTEN FREE | MEXICAN | NO PRESERVATIVES |

## NUTRITION BASICS

| Calories | 250 |
|---|---|
| Fat | 6g |
| Fiber | 2g |
| Protein | 15g |
| Sodium | 570mg |
| Carbohydrates | 33g |

## Ingredients

sweet potatoes, seasoned cooked prime rib beef steak and modified corn starch product caramel color added (beef, beef broth, modified corn starch, salt, sodium phosphates, dextrose, caramel color, natural flavor), water, skim milk, tomato puree (water, tomato paste), green chiles (with citric acid, salt, calcium chloride), sugar, onions, 2% or less of brown sugar, molasses, soybean oil, modified food starch, spices, sea salt, orange juice concentrate, jalapeno puree (jalapeno peppers, vinegar, salt), potassium chloride, paprika, dried garlic, dried onions, vanilla flavor and invert sugar, carrageenan with dextrose.

**Lean Cuisine®** *MARKETPLACE* **Cheese and Bean Enchilada Verde**

# Cheese and Bean Enchilada Verde

with a tangy verde sauce & a side of mexican-style seasoned corn

★★★★  (See all 74 reviews)

| CHEESE | MEATLESS | MEXICAN | NEW RECIPE | NO PRESERVATIVES |
|---|---|---|---|---|

| ORGANIC/NON-GMO |
|---|

## NUTRITION BASICS

| | |
|---|---|
| Calories | 260 |
| Fat | 9g |
| Fiber | 6g |
| Protein | 9g |
| Sodium | 660mg |
| Carbohydrates | 42g |

## Ingredients

cheese and bean enchilada (corn tortilla [water, organic corn flour {organic stone-ground corn masa flour, trace of lime}, corn starch]; filling [mozzarella cheese {pasteurized part-skim milk, cheese cultures, salt, enzymes], tomato, diced organic onion, green chile {green chiles, water, salt, citric acid}, cooked organic pinto beans {water, organic pinto beans, salt}, roasted red bell pepper, cooked organic black beans {water, organic black beans, salt}, corn starch, onion powder, garlic powder, salt, chile pepper, cumin, black pepper]), organic sweet corn, organic tomatillos puree, water, organic poblano peppers, parmesan cheese (pasteurized milk, cheese cultures, salt, enzymes), onion puree, rice starch, expeller pressed high oleic sunflower oil, cilantro, jalapeno puree (jalapeno peppers, vinegar, salt), sea salt, garlic puree, cumin, paprika, lime juice concentrate, ancho chili pepper, oregano.

**Lean Cuisine® *MARKETPLACE* Cheese Tortellini**

# Cheese Tortellini

in roasted red pepper sauce with aged parmesan cheese

★★★★½   (See all 35 reviews)

| CHEESE | | ITALIAN | | MEATLESS | | NEW RECIPE | | NO PRESERVATIVES |
|---|---|---|---|---|---|---|---|---|

| ORGANIC/NON-GMO | | PASTA |
|---|---|---|

## NUTRITION BASICS

| | |
|---|---|
| Calories | 300 |
| Fat | 8g |
| Fiber | 3g |
| Protein | 12g |
| Sodium | 610mg |
| Carbohydrates | 44g |

## Ingredients

cheese tortellini (water, organic durum wheat flour, organic ricotta cheese (organic whey, organic cream, organic vinegar, salt, carrageenan {from seaweed}], romano cheese made from cows milk [cultured milk, salt, enzymes], bread crumbs [wheat flour, sugar, yeast, salt], imported parmesan cheese [part skim cow's milk, cultures, salt, cornstarch], organic eggs, less than 2% of spice, nutmeg, sea salt), organic roasted red pepper puree, organic tomato puree (organic tomatoes, citric acid), water, organic tomatoes, organic onions, organic red bell pepper, parmesan cheese (pasteurized milk, cheese cultures, salt, enzymes), organic extra virgin olive oil, organic garlic puree, red wine vinegar (red wine vinegar, water), brown sugar, sea salt, rice starch, basil, black pepper, oregano.

**Lean Cuisine® *MARKETPLACE* Ricotta Cheese & Spinach Ravioli**

# Ricotta Cheese & Spinach Ravioli

in a rich tomato garlic sauce

★★★★�½  (See all 70 reviews)

| CHEESE | | HIGH PROTEIN | | ITALIAN | | MEATLESS | | NEW RECIPE |

| NO PRESERVATIVES | | ORGANIC/NON-GMO | | PASTA |

## NUTRITION BASICS

| | |
|---|---|
| Calories | 310 |
| Fat | 7g |
| Fiber | 4g |
| Protein | 10g |
| Sodium | 690mg |
| Carbohydrates | 51g |

## Ingredients

ricotta cheese & spinach ravioli (organic durum wheat, water, organic ricotta cheese [organic whey, organic milk, organic cream, organic vinegar, salt, carrageenan {from seaweed}, spinach, organic romano cheese [organic cow's milk, salt, cheese cultures, enzymes], part skim mozzarella cheese [part-skim milk, cheese culture, salt, enzymes], eggs, less than 2% of garlic, onions, lemon juice [water, lemon juice concentrate, lemon juice], sea salt, bread crumbs [wheat flour, sugar, yeast, salt], spice), organic tomato puree (organic tomatoes, citric acid), water, spinach, organic tomatoes, brown sugar, parmesan cheese (pasteurized milk, cheese cultures, salt, enzymes), organic onions, organic extra virgin olive oil, organic garlic puree, sea salt, rice starch, basil, dried onions, black pepper, oregano.

## Lean Cuisine® *MARKETPLACE* Spicy Beef & Bean Enchilada



### Spicy Beef & Bean Enchilada

shredded beef & bean enchilada in a spicy chile sauce with mexican-style rice

★★★★½  (See all 75 reviews)

| BEEF | CHEESE | GLUTEN FREE | MEXICAN | NEW RECIPE |

| NO PRESERVATIVES |

#### NUTRITION BASICS

| | |
|---|---|
| Calories | 300 |
| Fat | 6g |
| Fiber | 5g |
| Protein | 11g |
| Sodium | 680mg |
| Carbohydrates | 50g |

## Ingredients

enchilada and sauce: tortilla (water,corn masa flour, lime-water, cornstarch), water, tomato puree (water, tomato paste), cooked beef, onions, green chile, green peppers, red peppers, monterrey jack cheese (pasteurized milk, cheese cultures, salt, enzymes), poblano pepper, sugar, molasses, modified food starch, chili pepper, salt, soybean oil, pinto beans (water, pinto beans, salt), jalapeno pepper puree, potato starch, orange juice concentrate, potassium chloride, spices, garlic, xanthan gum, acetic acid, calcium chloride. rice and vegetable mix: cooked enriched long grain rice (water, rice, iron, thiamin mononitrate, folic acid), skim milk, water, corn, zucchini, red peppers, black beans, american cheese spread (cheddar and colby cheese [pasteurized milk, cheese culture, salt, enzymes], water, whey, sodium phosphate, whey protein concentrate, skim milk, milkfat, salt, carrageenan, cellulose gum), dehydrated sour cream (sour cream [cultured cream, nonfat milk]), modified food starch, cilantro, soybean oil, jalapeno pepper puree, salt, yeast extract, sugar, garlic puree, potassium chloride, spices, maltodextrin, dried garlic, mono & diglycerides, sour cream solids, carrots, celery, onions, chili pepper, canola oil, corn starch, cultured buttermilk, carrageenan, acetic acid, dextrose, natural flavors, citric acid, tapioca dextrin, calcium chloride, carrot juice concentrate, flavor.

**Lean Cuisine® *MARKETPLACE* Spicy Mexican Black Beans & Rice**

## Spicy Mexican Black Beans & Rice

with a spicy red chile sauce & creamy monterey jack cheese

★★★★ (See all 52 reviews)

| CHEESE | MEATLESS | MEXICAN | NEW RECIPE | NO PRESERVATIVES |

| ORGANIC/NON-GMO | WHOLE GRAINS |

### NUTRITION BASICS

| | |
|---|---|
| Calories | 280 |
| Fat | 5g |
| Fiber | 4g |
| Protein | 8g |
| Sodium | 690mg |
| Carbohydrates | 46g |

### Ingredients

cooked organic long grain rice, water, organic tomato puree (organic tomatoes, citric acid), monterrey jack cheese (pasteurized milk, cheese cultures, salt, enzymes), organic sweet corn, organic tomatillos puree, organic black bean ([water, black beans], salt), organic poblano peppers, organic onions, organic red bell pepper, brown sugar, cilantro, sea salt, expeller pressed high oleic sunflower oil, dried onions, cumin, rice starch, lime juice concentrate, ancho chili pepper, jalapeno puree (jalapeno peppers, vinegar, salt), paprika, dried garlic, cinnamon.

**Lean Cuisine® *Comfort* Chicken Parmesan**

# Chicken Parmesan

Breaded white meat chicken patty with spaghetti in a chunky tomato basil sauce.

★★★★½  (See all 179 reviews)

| AMERICAN | | CHEESE | | CHICKEN | | HIGH PROTEIN | | ITALIAN |

| NO PRESERVATIVES | | PASTA | | PROTEIN |

NUTRITION BASICS

| | |
|---|---|
| Calories | 310 |
| Fat | 9g |
| Fiber | 2g |
| Protein | 18g |
| Sodium | 660mg |
| Carbohydrates | 39g |

## Ingredients

tomatoes (diced tomatoes, tomato juice, citric acid, calcium chloride), blanched spaghetti (water, semolina), cooked breaded white chicken meat, ground and formed (white chicken meat, water, seasoning [modified food starch, sugar, potassium chloride, yeast extract, dextrose, spice, onion powder, garlic powder, paprika], isolated soy protein, sodium phosphate, salt. breaded with: enriched bleached wheat flour [niacin, reduced iron, thiamine mononitrate, riboflavin, folic acid], dextrose, salt, maltodextrin, parmesan cheese [partially skim milk, cultures, salt, enzymes], whey, enzyme modified parmesan cheese [parmesan cheese {milk, starter culture, salt, enzymes}, cream, natural flavor], spice, onion powder, garlic powder, parsley, caramel color, soybean oil, extractives of paprika. breading set in vegetable oil), tomato puree (water, tomato paste), part skim mozzarella cheese (cultured milk, salt, enzymes), onions, 2% or less of water, sugar, soybean oil, basil, modified cornstarch, garlic puree, salt, potassium chloride, spices, skim milk, xanthan gum, flavors.

**Lean Cuisine® *Comfort* Herb Roasted Chicken**

## Herb Roasted Chicken

tender white meat chicken & creamy herb sauce with roasted potatoes & broccoli florets

★★★★  (See all 132 reviews)

| AMERICAN | CHICKEN | GLUTEN FREE | HIGH PROTEIN | NEW RECIPE |

| NO PRESERVATIVES |

NUTRITION BASICS

| | |
|---|---|
| Calories | 170 |
| Fat | 4g |
| Fiber | 3g |
| Protein | 16g |
| Sodium | 510mg |
| Carbohydrates | 18g |

## Ingredients

chicken and sauce: cooked herb glazed chicken breast patty (chicken breast with rib meat, water, isolated soy protein, citrus flour, seasoning [dried chicken broth, chicken powder, flavor, disodium phosphate], potassium chloride, sugar, potassium and sodium phosphates, salt. glazed with: water, seasoning [modified cornstarch, sugar, dried tomato, spices, dried garlic, dried onion, maltodextrin, salt, dried mushrooms, xanthan gum], modified cornstarch, caramel color), skim milk, water, mushrooms, onions, modified food starch, soybean oil, salt, spices, maltodextrin, sugar, autolyzed yeast extract, potassium chloride, garlic, natural cream flavor, flavoring, xanthan gum, chicken fat, dried chicken broth, gum acacia, sodium lactate, sesame oil, sodium phosphates, canola lecithin, citric acid, lactic acid, potassium phosphate, potato maltodextrin, sodium citrate. vegetables: red skin potatoes, broccoli, red peppers, water, garlic, butter (cream, salt), modified food starch, sugar, salt, potassium chloride, dried garlic, dried onions, spices, carrageenan, cultured dextrose.

## Lean Cuisine® *Comfort* Meatloaf with Mashed Potatoes

# Meatloaf with Mashed Potatoes

Savory meatloaf with gravy and creamy red-skin mashed potatoes.

★★★★⯪ (See all 115 reviews)

| AMERICAN | BEEF | HIGH PROTEIN | NO PRESERVATIVES | PROTEIN |

### NUTRITION BASICS

| | |
|---|---|
| Calories | 240 |
| Fat | 7g |
| Fiber | 3g |
| Protein | 20g |
| Sodium | 540mg |
| Carbohydrates | 25g |

# Ingredients

red skin potatoes, beef, water, cream, onions, tomatoes, 2% or less of: soy protein concentrate (with caramel color), modified cornstarch, rolled oats, tomato puree (water, tomato paste), green peppers, beef flavor (maltodextrin, salt, beef extract, rendered beef fat, sesame oil), salt, sour cream flavor (maltodextrin, sour cream solids, cultured buttermilk, natural flavors, citric acid, yeast extract), brown sugar syrup, brown sugar, bleached wheat flour, potassium chloride, sugar, dehydrated onions, egg whites, worcestershire sauce (vinegar, molasses, water, high fructose corn syrup, salt, anchovies, tamarind, spices, natural flavor, caramel color, onion powder, garlic powder), soybean oil, dehydrated garlic, garlic puree, spices, dehydrated soy sauce (soybeans, salt, wheat), seasoning (tomato paste, natural flavor), seasoning (maltodextrin, flavor, enzyme modified butterfat), caramel color, xanthan gum, carrageenan with dextrose, natural flavors, cultured whey, beef stock, lactic acid, calcium lactate

# Lean Cuisine® *Comfort* Salisbury Steak with Macaroni & Cheese

## Salisbury Steak with Macaroni & Cheese

Salisbury steak with macaroni and cheese

★★★★☆1  (See all 53 reviews)

| AMERICAN | BEEF | CHEESE | NO PRESERVATIVES | PASTA |
| PROTEIN |

### NUTRITION BASICS

| | |
|---|---|
| Calories | 260 |
| Fat | 8g |
| Fiber | 3g |
| Protein | 22g |
| Sodium | 570mg |
| Carbohydrates | 25g |

### Ingredients

water, beef, blanched macaroni (water, semolina, wheat gluten), skim milk, onions, mushrooms, 2% or less of modified cornstarch, soy protein concentrate (with caramel color), cheddar club cheese (cheddar cheese (cultured milk, salt, enzymes), water, salt, annatto color), rolled oats, cheese flavor (cheddar, granular, semisoft and blue cheese (cultured milk, salt, enzymes), water, sodium phosphate, whey, vinegar, salt, citric acid), tomato puree (water, tomato paste), bleached wheat flour, salt, potassium chloride, cheddar cheese (cultured milk, salt, enzymes), rice starch, flavor (maltodextrin, salt, yeast extract, soy sauce (soybeans, wheat, salt), contains less than 2% beef extract, beef fat, flavor, tapioca dextrin, thiamin hydrochloride), flavor (water, flavor, maltodextrin, salt, caramel color, less than 2% of lactic acid, enzyme modified cream), yeast extract, garlic puree, sugar, egg whites, cheese flavor (cheddar cheese (cultured milk, salt, enzymes), water, salt, enzymes, cultures, phosphoric acid, xanthan gum), dehydrated soy sauce (soybeans, salt, wheat), mushroom base (sauteed mushrooms, sugar, salt, canola oil, maltodextrin, onion powder, 2% or less of potato starch, hydrolyzed wheat gluten, mushroom juice concentrate, caramel color, natural flavors, garlic juice concentrate, onion juice concentrate, soybean oil, xanthan gum), dehydrated garlic, spices, caramel color, soybean oil, natural flavors, cultured whey, beef stock, carrageenan, annatto color, natural flavor.

**Lean Cuisine®** *Comfort* **Shrimp Alfredo**

## Shrimp Alfredo

shrimp alfredo with broccoli,peas & linguine in a creamy alfredo sauce.

★★★★  (See all 44 reviews)

| CHEESE | HIGH PROTEIN | ITALIAN | NO PRESERVATIVES | PASTA |

| SEAFOOD |

NUTRITION BASICS

| | |
|---|---|
| Calories | 200 |
| Fat | 3g |
| Fiber | 2g |
| Protein | 13g |
| Sodium | 650mg |
| Carbohydrates | 30g |

## Ingredients

blanched linguine (water, semolina, wheat gluten), skim milk, shrimp (water, salt, sodium phosphates), broccoli, water, peas, 2% or less of cream, parmesan cheese paste (granular and parmesan cheese (pasteurized milk, cheese cultures, salt, enzymes), water, salt, lactic acid, citric acid), romano cheese (cultured cow's milk, salt, enzymes), parmesan cheese (cultured milk, salt, enzymes), modified cornstarch, salt, soybean oil, garlic puree, bleached wheat flour, rice starch, yeast extract, butterfat, potassium chloride, asiago cheese (cultured milk, salt, enzymes), mono-&diglycerides, spices, enzyme modified parmesan cheese (cultured milk, water, salt, enzymes), enzyme modified romano cheese (cultured cow's milk, water, salt, enzymes), xanthan gum, whey, seasoning (wheat starch, extracts of annatto and turmeric color, natural flavor).

**Lean Cuisine® *Comfort* Grilled Chicken Caesar**

# Grilled Chicken Caesar

White meat chicken broccoli & garlic flavored radiatore pasta in a parmesan caesar sauce.

★★★★⁂ (See all 27 reviews)

| CHEESE | | CHICKEN | | HIGH PROTEIN | | ITALIAN | | MEDITERRANEAN |

| NO PRESERVATIVES | | PASTA | | PROTEIN |

## NUTRITION BASICS

| | |
|---|---|
| Calories | 230 |
| Fat | 6g |
| Fiber | 3g |
| Protein | 18g |
| Sodium | 550mg |
| Carbohydrates | 25g |

## Ingredients

blanched radiatore (water, semolina, flavor (contains gelatin from fish {tilapia, perch}), wheat gluten), cooked chicken white meat (chicken white meat, water, seasoning (salt, maltodextrin, garlic, sugar, spices, dextrose, yeast extract, carrageenan, orange peel, onion, soybean oil, chicken fat, paprika, chicken broth, dehydrated celery, natural flavor), isolated soy protein, modified cornstarch, caramel color, maltodextrin, sodium phosphates, canola oil), water, broccoli, red peppers, parmesan cheese (cultured milk, salt, enzymes), 2% or less of onions, asiago cheese (cultured milk, salt, enzymes), soybean oil, modified cornstarch, white vinegar, garlic puree, parmesan cheese paste (granular and parmesan cheese (pasteurized milk, cheese cultures, salt, enzymes), water, salt, lactic acid, citric acid), enzyme modified parmesan cheese (cultured milk, water, salt, enzymes), salt, whey protein concentrate, yeast extract, lemon juice concentrate, spice, cultured whey, xanthan gum, caramel color