# EXHIBIT A

# TABLE OF CONTENTS

**Lean Cuisine® Products**

Lean Cuisine® *favorites* Four Cheese Cannelloni ............................................................... 3
Lean Cuisine® *favorites* Cheese Ravioli ........................................................................... 4
Lean Cuisine® *favorites* Fettuccini Alfredo ..................................................................... 5
Lean Cuisine® *favorites* Classic Five Cheese Lasagna ...................................................... 6
Lean Cuisine® *favorites* Macaroni & Cheese.................................................................... 7
Lean Cuisine® *favorites* Five Cheese Rigatoni ................................................................. 8
Lean Cuisine® *favorites* Cheddar Potatoes with Broccoli.................................................. 9
Lean Cuisine® *MARKETPLACE* Tortilla Crusted Fish....................................................... 10
Lean Cuisine® *MARKETPLACE* Mushroom Mezzaluna Ravioli ........................................ 11
Lean Cuisine® *MARKETPLACE* Cheese and Bean Enchilada Verde.................................. 12
Lean Cuisine® *MARKETPLACE* Cheese Tortellini ........................................................... 13
Lean Cuisine® *MARKETPLACE* Ricotta Cheese & Spinach Ravioli ................................... 14
Lean Cuisine® *MARKETPLACE* Spicy Mexican Black Beans & Rice ............................... 15
Lean Cuisine® *Comfort* Shrimp Alfredo .......................................................................... 16

**(all webpages last accessed 09/14/2016)**

# Lean Cuisine® *favorites* Four Cheese Cannelloni



## Ingredients

cheese cannelloni (ricotta cheese (pasteurized whey, milk fat, milk), enriched durum wheat flour (durum wheat flour, niacin, ferrous sulfate, thiamine mononitrate, riboflavin, folic acid), fat free ricotta cheese (whey, skim milk, vinegar, xanthan gum, carrageenan), water, mozzarella cheese (pasteurized milk, cultures, salt, enzymes, nonfat milk), whole eggs, parmesan cheese (pasteurized part-skim milk, cheese cultures, salt, enzymes), modified corn starch, salt, romano cheese (pasteurized cow's milk, cheese cultures, salt, enzymes), black pepper, parsley, beta carotene), tomato puree (water, tomato paste), water, tomatoes (diced tomatoes, tomato juice, citric acid, calcium chloride), onions, 2% or less of modified cornstarch, sugar, garlic puree, soybean oil, basil, salt, spices, potassium chloride, xanthan gum, yeast extract, cultured whey.

# Lean Cuisine® *favorites* Cheese Ravioli



## Cheese Ravioli

with chunky tomato sauce

★★★★⯪ (See all 94 reviews)

| CHEESE | ITALIAN | MEATLESS | NO PRESERVATIVES | PASTA |

**NUTRITION BASICS**

| | |
|---|---|
| Calories | 250 |
| Fat | 6g |
| Fiber | 3g |
| Protein | 10g |
| Sodium | 620mg |
| Carbohydrates | 40g |

SEE FULL NUTRITION INFO

## Ingredients

blanched reduced fat cheese ravioli (enriched durum flour&semolina (durum wheat flour, semolina, niacin, iron, thiamin mononitrate, riboflavin, folic acid), ricotta cheese (whey, milk, cream, vinegar), water, fat free ricotta cheese (whey, skim milk, vinegar, xanthan gum, vitamin a palmitate), eggs, romano cheese made from sheep's milk (cultured sheep's milk, salt, enzymes), modified food starch, salt, spices, parsley), tomato puree (water, tomato paste), water, tomatoes (diced tomatoes, tomato juice, citric acid, calcium chloride), onions, 2% or less of modified cornstarch, sugar, basil, salt, dehydrated garlic, spices, xanthan gum, potassium chloride, yeast extract, cultured whey.

**Lean Cuisine® *favorites* Fettuccini Alfredo**

# Fettuccini Alfredo

tender pasta with a creamy cheese sauce

★★★★☆ (See all 64 reviews)

| CHEESE | ITALIAN | MEATLESS | NO PRESERVATIVES | PASTA |

## NUTRITION BASICS

| | |
|---|---|
| Calories | 260 |
| Fat | 5g |
| Fiber | 2g |
| Protein | 9g |
| Sodium | 570mg |
| Carbohydrates | 45g |

## Ingredients

blanched fettuccini (water, semolina, wheat gluten), skim milk, water, 2% or less of cream, soybean oil, romano cheese ((made from cow's milk), cultured milk, enzymes, salt), parmesan cheese (cultured milk, salt, enzymes), parmesan cheese paste (granular and parmesan cheese (pasturized milk, cheese cultures, salt, enzymes), water, salt, lactic acid, citric acid), modified cornstarch, salt, bleached wheat flour, rice starch, asiago cheese (cultured milk, salt, enzymes) yeast extract, butterfat, spices, enzyme modified parmesan cheese (cultured milk, water, salt, enzymes), enzyme modified cheese (cultured milk, water, salt, enzymes), potassium chloride, whey protein concentrate, xanthan gum, whey, seasoning (wheat starch, extracts of annatto and tumeric color, natural flavor

**Lean Cuisine® *favorites* Classic Five Cheese Lasagna**

## Classic Five Cheese Lasagna

with low fat ricotta, reduced fat mozzarella, provolone, romano & parmesan cheeses

★★★★★ (See all 41 reviews)

| CHEESE | ITALIAN | MEATLESS | NO PRESERVATIVES | PASTA |

### NUTRITION BASICS

| | |
|---|---|
| Calories | 350 |
| Fat | 7g |
| Fiber | 4g |
| Protein | 20g |
| Sodium | 620mg |
| Carbohydrates | 51g |

## Ingredients

blanched macaroni product (water, semolina), tomato puree (water, tomato paste), water, low fat ricotta cheese (pasteurized whey, pasteurized milk, pasteurized cream, vinegar, carrageenan, xanthan gum), reduced fat mozzarella cheese and modified cornstarch (reduced fat mozzarella cheese (pasteurized milk, nonfat milk, cheese cultures), modified cornstarch, salt, sodium citrate, flavors, vitamin a palmitate, enzymes), tomatoes (diced tomatoes, tomato juice, citric acid, calcium chloride), onions, 2% or less of modified cornstarch, provolone cheese (cultured milk, salt, enzymes, natural smoke flavor), bread crumbs (bleached wheat flour contains 2% or less of: sugar, yeast, salt), sugar, soybean oil, romano cheese (cultured cow's milk, salt, enzymes), dehydrated garlic, parmesan cheese (cultured milk, salt, enzymes), salt, cheese flavor (cheddar cheese (cultured milk, salt, enzymes), water, salt, enzymes, cultures, phosphoric acid, xanthan gum), spices, yeast extract, extra virgin olive oil, asiago cheese (cultured milk, salt, enzymes), enzyme modified parmesan cheese (cultured milk, water, salt, enzymes), xanthan gum, enzyme modified romano cheese (cultured cow's milk, water, salt, enzymes), potassium chloride, whey.

**Lean Cuisine® *favorites* Macaroni & Cheese**

# Macaroni & Cheese

Tender macaroni in a creamy cheddar cheese sauce

★★★⭒ ☆ (See all 68 reviews)

| AMERICAN | CHEESE | HIGH PROTEIN | MEATLESS |
| NO PRESERVATIVES | PASTA | | |

## NUTRITION BASICS

| | |
|---|---|
| Calories | 300 |
| Fat | 6g |
| Fiber | 2g |
| Protein | 13g |
| Sodium | 560mg |
| Carbohydrates | 48g |

## Ingredients

blanched macaroni (water, semolina, wheat gluten), skim milk, water, cheddar club cheese (cheddar cheese (cultured milk, salt, enzymes), water, salt, annatto color), 2% or less of cheese flavor (cheddar, granular, semisoft and blue cheese (cultured milk, salt, enzymes), water, sodium phosphate, whey, vinegar, salt, citric acid), modified cornstarch, cheddar cheese (cultured milk, salt, enzymes), rice starch, bleached wheat flour, salt, potassium chloride, cheese flavor (cheddar cheese (cultured milk, salt, enzymes), water, salt, enzymes, cultures, phosphoric acid, xanthan gum), cheese flavor (cheddar cheese (cultured milk, salt, enzymes), water, salt, disodium phosphate, natural flavors), spices, cultured whey, carrageenan, yeast extract, annatto color, natural flavor

**Lean Cuisine® *favorites* Five Cheese Rigatoni**

# Five Cheese Rigatoni

rigatoni pasta in a sweet tomato sauce topped with a five cheese blend

★★★★⯪  (See all 40 reviews)

| CHEESE | ITALIAN | MEATLESS | NO PRESERVATIVES | PASTA |

## NUTRITION BASICS

| | |
|---|---|
| Calories | 360 |
| Fat | 8g |
| Fiber | 4g |
| Protein | 15g |
| Sodium | 560mg |
| Carbohydrates | 56g |

## Ingredients

enriched macaroni (semolina, niacin, ferrous sulfate, thiamin mononitrate, riboflavin, folic acid), water, tomato puree (water, tomato paste), tomatoes, part-skim mozzarella cheese ((pasteurized milk, cultures, salt, enzymes), modified food starch* (*ingredient not in regular mozzarella cheese)), onions, 2% or less of monterey jack cheese (cultured milk, salt, enzymes), parmesan cheese (cultured milk, salt, enzymes), soybean oil, parmesan cheese paste (granular and parmesan cheese (pasteurized milk, cheese cultures, salt, enzymes), water, salt, lactic acid, citric acid), sugar, romano cheese ((made from cow's milk), cultured milk, enzymes, salt), basil, modified cornstarch, garlic puree, cultured whey, asiago cheese (cultured milk, salt, enzymes), salt, brown sugar syrup, extra virgin olive oil, enzyme modified parmesan cheese (cultured milk, water, salt, enzymes), spices, enzyme modified cheese (cultured milk, water, salt, enzymes), whey protein concentrate, xanthan gum, whey

**Lean Cuisine®** *favorites* **Cheddar Potatoes with Broccoli**

# Cheddar Potatoes with Broccoli

potatoes with broccoli and cheddar cheese sauce

★★★★☆ (See all 22 reviews)

| AMERICAN | CHEESE | MEATLESS | NO PRESERVATIVES |

## NUTRITION BASICS

| | |
|---|---|
| Calories | 220 |
| Fat | 3g |
| Fiber | 4g |
| Protein | 9g |
| Sodium | 670mg |
| Carbohydrates | 38g |

## Ingredients

roasted potatoes, broccoli, skim milk, water, 2% or less of sharp cheddar cheese product ((pasteurized milk, cheese cultures, salt, enzymes), water, salt, lactic acid, citric acid, natural flavor), cheddar club cheese (cheddar cheese (cultured milk, salt, enzymes), water, salt, annatto color), cheese flavor (cheddar, granular, semisoft and blue cheese (cultured milk, salt, enzymes), water, sodium phosphate, whey, vinegar, salt, citric acid), modified cornstarch, bleached wheat flour, salt, potassium chloride, xanthan gum, yeast extract, seasoning (wheat starch, extracts of annatto and turmeric color, natural flavor), annatto color, spices

# Lean Cuisine® *MARKETPLACE* Tortilla Crusted Fish

## Tortilla Crusted Fish

tortilla crusted fish with rice, poblano peppers and corn in a sour cream sauce.

★★★★★ (See all 122 reviews)

| CHEESE | MEXICAN | NO PRESERVATIVES | SEAFOOD |

### NUTRITION BASICS

| | |
|---|---|
| Calories | 300 |
| Fat | 9g |
| Fiber | 2g |
| Protein | 14g |
| Sodium | 490mg |
| Carbohydrates | 41g |

## Ingredients

tortilla crusted alaska pollock (alaska pollock, enriched bleached flour (wheat flour, niacin, reduced iron, thiamin mononitrate, riboflavin, folic acid), water, modified cornstarch, tortilla chips (yellow whole corn, vegetable oil {corn, soybean, and/or sunflower oil}), sugar, yellow corn flour, potassium chloride, white corn flour, salt, spices, dextrose, egg white, tomato powder, natural flavor, whey, maltodextrin, yeast, onion powder, leavening (sodium aluminum phosphate, sodium bicarbonate), soy flour, garlic powder, torula yeast, citric acid, corn oil. prefried in cottonseed and/or canola oil), blanched enriched long grain parboiled rice (water, rice, iron, niacin, thiamin mononitrate, folic acid), skim milk, corn, tomatillos, red peppers, water, chile peppers, onions, 2% or less of reduced fat cheddar cheese (cultured part-skim milk, salt, enzymes, annatto color), buttermilk powder, dehydrated sour cream (sour cream (cultured cream, nonfat milk)), modified cornstarch, salt, soybean oil, garlic puree, cultured whey, cilantro, jalapeno puree (jalapeno peppers, salt, acetic acid and calcium chloride), bleached wheat flour, sugar, potassium chloride, lactic acid, spices, calcium lactate.

# Lean Cuisine® *MARKETPLACE* Mushroom Mezzaluna Ravioli

## Mushroom Mezzaluna Ravioli

ravioli filled with portobello & button mushrooms, romano & ricotta cheeses in a creamy marsala wine sauce with spinach & red peppers

★★★★☆ (See all 117 reviews)

| CHEESE | HIGH PROTEIN | ITALIAN | NO PRESERVATIVES |

### NUTRITION BASICS

| | |
|---|---|
| Calories | 290 |
| Fat | 9g |
| Fiber | 3g |
| Protein | 13g |
| Sodium | 680mg |
| Carbohydrates | 40g |

## Ingredients

blanched portobello mushroom ravioli (water, enriched extra fancy durum flour and semolina [durum wheat flour, semolina, niacin, iron {ferrous sulfate}, thiamin mononitrate, riboflavin, folic acid], fat free ricotta cheese [pasteurized whey, pasteurized skim milk, vinegar, xanthan gum, vitamin a palmitate], skim milk with vitamin a added, white mushrooms, bread crumbs [bleached wheat flour, yeast, sugar, salt], portobello mushrooms, swiss cheese [pasteurized milk, cheese cultures, salt, enzymes], whole eggs, onions, parmesan cheese [pasteurized part skim milk, cheese cultures, salt, enzymes], romano cheese made from cow's milk [pasteurized milk, cheese cultures, salt, enzymes], wine [wine,salt], food starch-modified, portobello mushroom powder, garlic, salt, soybean oil, porcini powder, sugar, spices, parsley), skim milk, red peppers, spinach, water, parmesan and asiago cheese blend with flavor (parmesan cheese [cultured milk, salt, enzymes], asiago cheese [cultured milk, salt, enzymes], enzyme modified parmesan cheese [cultured milk, water, salt, enzymes], whey, salt), 2% or less of soybean oil, modified cornstarch, marsala wine, mushroom base (sauteed mushrooms, sugar, salt, canola oil, maltodextrin, onion powder, 2% or less of potato starch, hydrolyzed wheat gluten, mushroom juice concentrate, caramel color, natural flavors, garlic juice concentrate, onion juice concentrate, soybean oil, xanthan gum), mushroom flavor (maltodextrin, modified cornstarch, flavoring, mushrooms, safflower oil, potato maltodextrin, ascorbic acid, caramel color, citric acid, glucose), butter (cream, salt), sea salt, garlic puree, chicken broth, yeast extract, dehydrated onions, potassium chloride, caramel color, natural flavors, seasoning (maltodextrin, flavor, enzyme modified butterfat), spices, lactic acid, calcium lactate.

**Lean Cuisine® *MARKETPLACE* Cheese and Bean Enchilada Verde**

# Cheese and Bean Enchilada Verde

with a tangy verde sauce & a side of mexican-style seasoned corn

★★★★  (See all 74 reviews)

| CHEESE | MEATLESS | MEXICAN | NEW RECIPE | NO PRESERVATIVES |

| ORGANIC/NON-GMO |

## NUTRITION BASICS

| Calories | 260 |
| --- | --- |
| Fat | 9g |
| Fiber | 6g |
| Protein | 9g |
| Sodium | 660mg |
| Carbohydrates | 42g |

## Ingredients

cheese and bean enchilada (corn tortilla [water, organic corn flour {organic stone-ground corn masa flour, trace of lime}, corn starch]; filling [mozzarella cheese {pasteurized part-skim milk, cheese cultures, salt, enzymes], tomato, diced organic onion, green chile {green chiles, water, salt, citric acid}, cooked organic pinto beans {water, organic pinto beans, salt}, roasted red bell pepper, cooked organic black beans {water, organic black beans, salt}, corn starch, onion powder, garlic powder, salt, chile pepper, cumin, black pepper]), organic sweet corn, organic tomatillos puree, water, organic poblano peppers, parmesan cheese (pasteurized milk, cheese cultures, salt, enzymes), onion puree, rice starch, expeller pressed high oleic sunflower oil, cilantro, jalapeno puree (jalapeno peppers, vinegar, salt), sea salt, garlic puree, cumin, paprika, lime juice concentrate, ancho chili pepper, oregano.

**Lean Cuisine® *MARKETPLACE* Cheese Tortellini**

# Cheese Tortellini

in roasted red pepper sauce with aged parmesan cheese

★★★★✦  (See all 35 reviews)

| CHEESE | | ITALIAN | | MEATLESS | | NEW RECIPE | | NO PRESERVATIVES |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ORGANIC/NON-GMO | | PASTA | | | | | | |

## NUTRITION BASICS

| | |
| --- | --- |
| Calories | 300 |
| Fat | 8g |
| Fiber | 3g |
| Protein | 12g |
| Sodium | 610mg |
| Carbohydrates | 44g |

## Ingredients

cheese tortellini (water, organic durum wheat flour, organic ricotta cheese (organic whey, organic cream, organic vinegar, salt, carrageenan {from seaweed}], romano cheese made from cows milk [cultured milk, salt, enzymes], bread crumbs [wheat flour, sugar, yeast, salt], imported parmesan cheese [part skim cow's milk, cultures, salt, cornstarch], organic eggs, less than 2% of spice, nutmeg, sea salt), organic roasted red pepper puree, organic tomato puree (organic tomatoes, citric acid), water, organic tomatoes, organic onions, organic red bell pepper, parmesan cheese (pasteurized milk, cheese cultures, salt, enzymes), organic extra virgin olive oil, organic garlic puree, red wine vinegar (red wine vinegar, water), brown sugar, sea salt, rice starch, basil, black pepper, oregano.

**Lean Cuisine® *MARKETPLACE* Ricotta Cheese & Spinach Ravioli**

# Ricotta Cheese & Spinach Ravioli

in a rich tomato garlic sauce

★★★★⯪ (See all 70 reviews)

| CHEESE | HIGH PROTEIN | ITALIAN | MEATLESS | NEW RECIPE |

| NO PRESERVATIVES | ORGANIC/NON-GMO | PASTA |

## NUTRITION BASICS

| | |
|---|---|
| Calories | 310 |
| Fat | 7g |
| Fiber | 4g |
| Protein | 10g |
| Sodium | 690mg |
| Carbohydrates | 51g |

## Ingredients

ricotta cheese & spinach ravioli (organic durum wheat, water, organic ricotta cheese [organic whey, organic milk, organic cream, organic vinegar, salt, carrageenan {from seaweed}, spinach, organic romano cheese [organic cow's milk, salt, cheese cultures, enzymes], part skim mozzarella cheese [part-skim milk, cheese culture, salt, enzymes], eggs, less than 2% of garlic, onions, lemon juice [water, lemon juice concentrate, lemon juice], sea salt, bread crumbs [wheat flour, sugar, yeast, salt], spice), organic tomato puree (organic tomatoes, citric acid), water, spinach, organic tomatoes, brown sugar, parmesan cheese (pasteurized milk, cheese cultures, salt, enzymes), organic onions, organic extra virgin olive oil, organic garlic puree, sea salt, rice starch, basil, dried onions, black pepper, oregano.

**Lean Cuisine® *MARKETPLACE* Spicy Mexican Black Beans & Rice**

# Spicy Mexican Black Beans & Rice

with a spicy red chile sauce & creamy monterey jack cheese

★★★★ (See all 52 reviews)

| CHEESE | MEATLESS | MEXICAN | NEW RECIPE | NO PRESERVATIVES |

| ORGANIC/NON-GMO | WHOLE GRAINS |

**NUTRITION BASICS**

| | |
|---|---|
| Calories | 280 |
| Fat | 5g |
| Fiber | 4g |
| Protein | 8g |
| Sodium | 690mg |
| Carbohydrates | 46g |

## Ingredients

cooked organic long grain rice, water, organic tomato puree (organic tomatoes, citric acid), monterrey jack cheese (pasteurized milk, cheese cultures, salt, enzymes), organic sweet corn, organic tomatillos puree, organic black bean ([water, black beans], salt), organic poblano peppers, organic onions, organic red bell pepper, brown sugar, cilantro, sea salt, expeller pressed high oleic sunflower oil, dried onions, cumin, rice starch, lime juice concentrate, ancho chili pepper, jalapeno puree (jalapeno peppers, vinegar, salt), paprika, dried garlic, cinnamon.

15

**Lean Cuisine®** *Comfort* **Shrimp Alfredo**

## Shrimp Alfredo

shrimp alfredo with broccoli,peas & linguine in a creamy alfredo sauce.

★★★★  (See all 44 reviews)

| CHEESE | HIGH PROTEIN | ITALIAN | NO PRESERVATIVES | PASTA |
| SEAFOOD |

### NUTRITION BASICS

| | |
|---|---|
| Calories | 200 |
| Fat | 3g |
| Fiber | 2g |
| Protein | 13g |
| Sodium | 650mg |
| Carbohydrates | 30g |

## Ingredients

blanched linguine (water, semolina, wheat gluten), skim milk, shrimp (water, salt, sodium phosphates), broccoli, water, peas, 2% or less of cream, parmesan cheese paste (granular and parmesan cheese (pasteurized milk, cheese cultures, salt, enzymes), water, salt, lactic acid, citric acid), romano cheese (cultured cow's milk, salt, enzymes), parmesan cheese (cultured milk, salt, enzymes), modified cornstarch, salt, soybean oil, garlic puree, bleached wheat flour, rice starch, yeast extract, butterfat, potassium chloride, asiago cheese (cultured milk, salt, enzymes), mono-&diglycerides, spices, enzyme modified parmesan cheese (cultured milk, water, salt, enzymes), enzyme modified romano cheese (cultured cow's milk, water, salt, enzymes), xanthan gum, whey, seasoning (wheat starch, extracts of annatto and turmeric color, natural flavor).